IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS CALDERON BELTRAN,

    Petitioner,                    No. CIV S-12-0835 CKD P

    vs.

CONNIE GIPSON,

    Respondent.                ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He challenges a conviction issued by the Tulare County Superior Court. Tulare County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. This action is transferred to the United States District Court for the Eastern District of California, Fresno Division; and

/////

1

1           2. All future filings shall reference the new Fresno case number assigned and
2  shall be filed at:
3           United States District Court
            Eastern District of California
4           2500 Tulare Street
            Fresno, CA 93721
5
6  Dated: April 5, 2012
7                                               _____
                                                CAROLYN K. DELANEY
8                                               UNITED STATES MAGISTRATE JUDGE

---

[1] belt0835.109